IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAWRENCE JIRON,

        Plaintiff,

vs.                                                                                       No. CV 21-00713 KG/SCY

JARED POLIS, et al.,

        Defendants.

## JUDGMENT

THIS MATTER having come before the Court *sua sponte* under 28 U.S.C. § 1915A and Fed. R. Civ. P. 12(b)(2) on the Complaint for Violation of Civil Rights filed by Plaintiff Lawrence Jiron (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing this action for lack of jurisdiction,

IT IS ORDERED that JUDGMENT is hereby entered against Plaintiff, Lawrence Jiron, and the Complaint for Violation of Civil Rights filed by Plaintiff Lawrence Jiron (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

                                                                              UNITED STATES DISTRICT JUDGE